UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

CAROLYN L. BEACH,                )
                                 )
                    Plaintiff,   )
v.                               )          No. 1:06-CV-48
                                 )
MICHAEL J. ASTRUE,               )          Judge Collier / Judge Carter
Commissioner of Social Security, )
                                 )
                    Defendant.   )

## JUDGMENT ORDER

On July 31, 2007, United States Magistrate Judge William B. Mitchell Carter filed a report

and recommendation ("R&R") in this case, pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P.

72(b) (Court File No. 13).  Neither party has objected to the R&R within the given ten (10) days.

After reviewing the record, this Court agrees with the R&R.  This Court hereby **ACCEPTS**

and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations.

Accordingly, this Court **ORDERS**:

(1)     The plaintiff's motion for summary judgment on the pleadings (Court File No. 10)
        is **GRANTED**;

(2)     The defendant's motion for summary judgment (Court File No. 11) is **DENIED**;

(3)     The Commissioner's decision, denying the plaintiff a period of disability and
        disability insurance benefits under the Social Security Act, 42 U.S.C. §§ 416(I) &
        423, is **REVERSED**; and

(4)     This matter is **REMANDED** to the Commissioner for **AN AWARD OF BENEFITS**
        with an onset date of May 26, 2004.

**SO ORDERED.**

**ENTER:**

/s/_____

CURTIS L. COLLIER
CHIEF UNITED STATES DISTRICT JUDGE


_____ */s/  Patricia L. McNutt* _____
PATRICIA L. McNUTT
CLERK OF COURT